COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Michael Jermaine Gore v. The State of Texas |
| Appellate case number: | 01-21-00700-CR |
| Trial court case number: | 1484196 |
| Trial court: | 209th District Court of Harris County |
| Date motion filed: | March 2, 2022 |
| Party filing motion: | Appellant, Michael Jermaine Gore |

Appellant, Michael Jermaine Gore, has filed a motion for rehearing of the Court's February 17, 2022 opinion dismissing his appeal for lack of jurisdiction. *See* TEX. R. APP. P. 43.2(f), 49.1.

Generally, a criminal defendant's notice of appeal must be filed within thirty days after the date the sentence is imposed, or within ninety days after the date the sentence is imposed if the defendant files a motion for new trial. TEX. R. APP. P. 26.2(a). Absent a timely filed notice of appeal, we lack jurisdiction over an appeal and have no authority to take any action on an appeal. *See Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In such a situation, we can take no other action than to dismiss the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Here, the appellate record reflected that Gore appealed from the trial court's December 7, 2018 judgment. The appellate record did not indicate that any post-trial motion was filed. Accordingly, Gore's notice of appeal was due to be filed on or before January 7, 2019. However, Gore's pro se notice of appeal was not filed until December 13, 2021, approximately thirty-five months after it was due to be filed. Because Gore's notice of appeal was not timely filed, the Court was required to dismiss Gore's appeal. *Id.*

Accordingly, it is ordered that the motion for rehearing is **denied**.

Judge's signature: __/s/ Amparo Guerra__
                              Acting for the Court

Panel consists of:  Justices Kelly, Goodman, and Guerra.

Date:  March 8, 2022